1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff

**FILED**

NOV 1 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS W. DIGMAN,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security<br>of the United States of America,<br><br>    Defendant. | Case No. CIV-S-05-1190 GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE HER MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his memorandum in support of summary judgment is hereby extended from the present due date of November 8, 2005 by one week until November 15, 2005.

////

////

////

1

1     This is the first extension requested regarding Plaintiff's summary judgment.

3   Dated: November 7, 2005         BREWER & MITCHELL, LLP

5                                     By: /S/ BESS M. BREWER
                                         BESS M. BREWER
6                                          Attorney at Law

7                                          Attorney for Plaintiff

8   Date: November 7, 2005          McGregor W. Scott
9                                          United States Attorney

11                                          By: /S/ BOBBIE J. MONTOYA
                                         BOBBIE J. MONTOYA
12                                          Assistant U.S. Attorney

13                                          Attorney for Defendant

16                                          **ORDER**

18   APPROVED AND SO ORDERED.

20   DATED: Nov. 7, 2005                      GREGORY G. HOLLOWS
21                                          GREGORY G. HOLLOWS
                                         U.S. MAGISTRATE JUDGE