1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff

**FILED**

NOV 2 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MORRIS W. DIGMAN            )   Case No. CIV-S-05-1190 GGH
                            )
                            )   STIPULATION AND ORDER
            Plaintiff,      )   EXTENDING PLAINTIFF'S TIME TO
                            )   FILE HER MEMORANDUM IN SUPPORT
   v.                       )   OF SUMMARY JUDGMENT
                            )
JO ANNE B. BARNHART         )
Commissioner of Social Security )
of the United States of America, )
                            )
            Defendant.      )
                            )
_____)

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his memorandum in support of summary judgment is hereby extended from November 15, 2005 until November 17, 2005.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: November 15, 2005 | BREWER & MITCHELL, LLP |
| 2 | | |
| 3 | | By: /S/ BESS M. BREWER |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | Date: November 15, 2005 | McGregor W. Scott<br>United States Attorney |
| 8 | | |
| 9 | | By: /S/ BOBBIE J. MONTOYA<br>BOBBIE J. MONTOYA |
| 10 | | Assistant U.S. Attorney |
| 11 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: Nov 22, 2005

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE